PROB 12A
(7/93)

# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Isaac Abdias Menoscal                                  Cr.: 2:05-CR-106-1-JLL
                                                                         PACTS #: 40643

Name of Sentencing Judicial Officer: Honorable Jose L. Linares, United States District Judge

Date of Original Sentence: 06/07/05

Original Offense: Conspiracy to Distribute Heroin, A Controlled Dangerous Substance

Original Sentence: Five years probation, $100 special assessment and $500 fine. Special conditions: 1) Eight months home confinement; 2) drug testing and treatment; 3) no new credit charges or additional lines of credit; 4) and DNA collection.

Type of Supervision: Probation                          Date Supervision Commenced: 06/07/05

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1.                  On October 20, 2009, Mr. Menoscal submitted a urine specimen which tested
                    positive for marijuana. Mr. Menoscal admitted using marijuana on October
                    15, 2009.

U.S. Probation Officer Action:

Probation recommends presentation of this document to the offender as a formal judicial written reprimand.

Respectfully submitted,

By: Adriana Garcia
U.S. Probation Officer
Date: 11/02/09

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

11/20/09
Date